**Sylvester JONES, Movant-Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 33595.**

Missouri Court of Appeals, Western District.

Feb. 8, 1983.

J.D. Williamson, Jr., Independence, for movant-appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and DIXON and CLARK, JJ.

ORDER

PER CURIAM:

Rule 27.26 proceeding.

Judgment affirmed. Rule 84.16(b).